UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN COWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 12-954-MJR-PMF |
| | ) |
| MARION REHABILITATION AND | ) |
| NURSING CENTER | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| HEARTLAND REGIONAL MEDICAL | ) |
| CENTER, CRAIG FURY, M.D., RANDALL | ) |
| PASS, M.D., SHAWNEE HEALTH CARE, | ) |
| GOWDA SHARATH, M.D., PATTI MARTIN, | ) |
| CNP, TODD ENGDAHL, M.D., | ) |
| CHELTHANA SHARATH, M.D., and STEVE | ) |
| YOUNG, M.D., | ) |
| | ) |
| Respondents in Discovery. | ) |

## NOTICE OF REMOVAL

Come now the United States of America, Shawnee Health Care, and Randall Pass, M.D., by their attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, and for their notice of removal pursuant to 42 U.S.C. § 233, state as follows:

1. Randall Pass, M.D. and Shawnee Health Care are named as respondents in discovery in a civil action now pending in the Circuit Court of Williamson County, Illinois. Copies of the complaint are attached as Exhibit A.

2.     In the complaint, plaintiff alleges that Randall Pass, M.D. and Shawnee Health Care committed medical negligence.

3.     This action is removable pursuant to 42 U.S.C. § 233.  Randall Pass, M.D., was at all relevant times acting within the scope of his deemed employment for the United States of America.  Shawnee Health Service (referred to in the complaint as Shawnee Health Care) is a federally supported health center and covered by the Federal Tort Claims Act. Pursuant to 42 U.S.C. § 233, the Attorney General, through the United States Attorney, has certified Randall Pass, M.D., was acting within the scope of his deemed office or employment and that Shawnee Health Service was a federally supported health center at the time the claim arose.  *See* Exhibit B.

4.     Upon certification, any civil proceeding in a state court shall be removed to the United States District Court, and such action shall be deemed to be against the United States as a substituted party.  42 U.S.C. § 233(c).  Therefore, upon the certification, the case is removable.

WHEREFORE, the United States of America, Randall Pass, M.D., and Shawnee Health Service, remove this action to the United States District Court for the Southern District of Illinois pursuant to 42 U.S.C. § 233.

                      RANDALL PASS, M.D.
                      SHAWNEE HEALTH SERVICE
                      UNITED STATES OF AMERICA

                      STEPHEN R. WIGGINTON
                      United States Attorney


                      /s/ *Jennifer Hudson*
                      JENNIFER HUDSON
                      Assistant United States Attorney
                      Nine Executive Drive
                      Fairview Heights, IL  62208
                      (618) 628-3700
                      Fax:  (618) 622-3810
                      E-mail:  Jennifer.Hudson2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN COWELL, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MARION REHABILITATION AND )<br>NURSING CENTER )<br>)<br>    Defendant, )<br>)<br>and )<br>)<br>HEARTLAND REGIONAL MEDICAL )<br>CENTER, CRAIG FURY, M.D., RANDALL )<br>PASS, M.D., SHAWNEE HEALTH CARE, )<br>GOWDA SHARATH, M.D., PATTI MARTIN, )<br>CNP, TODD ENGDAHL, M.D., )<br>CHELTHANA SHARATH, M.D., and STEVE )<br>YOUNG, M.D., )<br>)<br>    Respondents in Discovery. ) | CIVIL NO. 12-954-MJR-PMF |

**Certificate of Service**

    I hereby certify that on August 29, 2012, copies of the **Notice of Removal** were mailed to the following:

| | |
|---|---|
| Honorable Stuart Hall<br>Circuit Clerk<br>Williamson County Courthouse<br>200 West Jefferson Street<br>Marion, IL  62959 | J. Matthew Dudley<br>Attorney for Plaintiff<br>Dudley & Lake LLC<br>100 E. Cook Ave., 2nd Floor<br>Libertyville, IL  60048 |

3

4

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


/s/ *Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 622-3810
E-mail:  Jennifer.Hudson2@usdoj.gov