UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN COWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 12-954-MJR-PMF |
| ) | |
| MARION REHABILITATION AND ) | |
| NURSING CENTER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| HEARTLAND REGIONAL MEDICAL ) | |
| CENTER, CRAIG FURY, M.D., RANDALL ) | |
| PASS, M.D., SHAWNEE HEALTH CARE, ) | |
| GOWDA SHARATH, M.D., PATTI MARTIN, ) | |
| CNP, TODD ENGDAHL, M.D., ) | |
| CHELTHANA SHARATH, M.D., and STEVE ) | |
| YOUNG, M.D., ) | |
| ) | |
| Respondents in Discovery. ) | |

**MOTION FOR REMAND TO STATE COURT**

Come now the United States of America, Shawnee Health Care, and Randall Pass, M.D., by their attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, and moves this Court to remand this matter to Williamson County, Illinois First Judicial Circuit for further proceedings. In support thereof, the United States states as follows:

1.  At the behest of the Department of Health and Human Services Office of General Counsel, the United States removed *Cowell v. Marion Rehabilitation and Nursing Center*, Case No.

12L-135 from the Circuit Court of the First Judicial Circuit, Williamson County, Illinois to this Court[1].

2.      Since that time, Plaintiff's counsel has provided verbal and written confirmation that she does not intend to convert either Randall Pass, M.D or the Shawnee Health Care from respondents in discovery to  defendants in this action.

3.      Thus, Plaintiff, the United States, Randall Pass, M.D and the Shawnee Health Care agree that this matter should be remanded to Williamson County.

WHEREFORE, the United States of America, Randall Pass, M.D., and Shawnee Health Service, respectfully request that this action be remanded to Circuit Court of the First Judicial Circuit, Williamson County, Illinois for further proceedings.

RANDALL PASS, M.D.
SHAWNEE HEALTH SERVICE
UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney

/s/ *Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 622-3810
E-mail:  Jennifer.Hudson2@usdoj.gov

---

[1] The removal was mistakenly made under 42 U.S.C. Section 233, when it should have been made pursuant to 28 U.S.C. Section 1442.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN COWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 12-954-MJR-PMF |
| | ) |
| MARION REHABILITATION AND | ) |
| NURSING CENTER, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| HEARTLAND REGIONAL MEDICAL | ) |
| CENTER, CRAIG FURY, M.D., RANDALL | ) |
| PASS, M.D., SHAWNEE HEALTH CARE, | ) |
| GOWDA SHARATH, M.D., PATTI MARTIN, | ) |
| CNP, TODD ENGDAHL, M.D., | ) |
| CHELTHANA SHARATH, M.D., and STEVE | ) |
| YOUNG, M.D., | ) |
| | ) |
| Respondents in Discovery. | ) |

**Certificate of Service**

    I hereby certify that on September 7, 2012, copies of the **Motion for Remand to State Court** were mailed to the following:

| | |
|---|---|
| Honorable Stuart Hall | J. Matthew Dudley |
| Circuit Clerk | Attorney for Plaintiff |
| Williamson County Courthouse | Dudley & Lake LLC |
| 200 West Jefferson Street | 100 E. Cook Ave., 2nd Floor |
| Marion, IL  62959 | Libertyville, IL  60048 |

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


/s/ *Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 622-3810
E-mail:  Jennifer.Hudson2@usdoj.gov