IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN COWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-0954-MJR-PMF |
| | ) |
| MARION REHABILITATION AND | ) |
| NURSING CENTER, | ) |
| | ) |
|    Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| HEARTLAND REGIONAL MEDICAL | ) |
| CENTER, CRAIG FURY, M.D., RANDALL | ) |
| PASS, M.D., SHAWNEE HEALTH CARE, | ) |
| GOWDA SHARATH, M.D., PATTI MARTIN, | ) |
| CNP, TODD ENGDAHL, M.D., | ) |
| CHELTHANA SHARATH, M.D., and STEVE | ) |
| YOUNG, M.D., | ) |
| | ) |
|    Respondents in Discovery. | ) |

<u>ORDER</u>

REAGAN, District Judge:

On August 29, 2012, the United States of America removed this action from the Circuit Court of Williamson County, Illinois, pursuant to 42 U.S.C. § 233. The Government asserted that the matter was removable because Randall Pass, M.D., was at all relevant times acting within the scope of his employment for the Government, and Shawnee Health Care is a federally-supported health center and covered by the Federal Tort Claims Act.

On September 4, 2012, the Court, seeking to clarify the basis for federal jurisdiction, ordered the Government to brief whether the action was properly removed since respondents in discovery are non-parties under Illinois law. On September 7, the Government moved the Court to

remand the action to state court because it had received verbal and written confirmation that Plaintiff does not intend to convert either Pass or Shawnee Health Care to Defendants in this action.  As a result, Plaintiff, the Government, Pass and Shawnee Health Care agree that this matter may properly be pursued only in Williamson County, Illinois.

Accordingly, the Court **GRANTS** the Government's motion (Doc. 8) and **REMANDS** this action to the Circuit Court of the First Judicial Circuit, Williamson County, Illinois.

IT IS SO ORDERED.

DATED:  September 10, 2012

                                                   s/Michael J. Reagan  
                                                  MICHAEL J. REAGAN  
                                                  United States District Judge